# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136472

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SHARON KAY RADTKE,
          Defendant-Appellant.

SC: 136472
COA: 283303
Wayne CC: 06-004706-FC

_____/

On order of the Court, the application for leave to appeal the April 18, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court to grant credit for time that the defendant spent in jail awaiting resolution of the case. Though the defendant was not entitled to bail under Michigan Constitution 1963, Article I § 15, because she was charged with murder and the proof was evident, this did not affect her eligibility for sentence credit under MCL 769.11b. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

p0915